Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant WENEVADA, LLC d/b/a Wendy's*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHADEE L. GRAY, an individual,<br><br>                              Plaintiff,<br><br>    vs.<br><br>WENEVADA, LLC d/b/a Wendy's,<br><br>                              Defendant. | Case No.: 2:25-cv-00184-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Shadee L. Gray ("Plaintiff") and Defendant WENEVADA, LLC d/b/a Wendy's, by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

- 1 -

Each party to bear their own attorneys' fees, costs and expenses.

DATED this 15th day of September, 2025.   DATED this 15th day of September, 2025.

HATFIELD & ASSOCIATES, LTD.   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

/s/ *Noel M. Hernandez*

Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant WENEVADA, LLC d/b/a Wendy's*

**ORDER**

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

September 17, 2025
_____
DATE

- 2 -